DENNIS J. HERRERA, State Bar #139669
City Attorney
KATHARINE HOBIN PORTER, State Bar #173180
Chief Labor Attorney
BORIS REZNIKOV, State Bar #261776
JONATHAN ROLNICK, State Bar #151814
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor Five
San Francisco, California 94102-5408
Telephone:     (415) 554-4296
E-Mail:        boris.reznikov@sfcityatty.org
               jonathan.rolnick@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


DAVID E. MASTAGNI, ESQ., State Bar #204244
ISAAC S. STEVENS, State Bar #251245
IAN B. SANGSTER, State Bar #287963
MASTAGNI HOLSTEDT, APC
1912 "I" Street
Sacramento, California  95811
Telephone:     (916) 446-4692
Facsimile:     (916) 447-4614

Attorneys for Plaintiffs
ABDULLAH WAZWAZ, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH WAZWAZ, JASON MOORE, KENNETH YEUNG, AND BRIAN KAM, on behalf of themselves and all similarly situated individuals,<br><br>              Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>             Defendant. | Case No. 18-cv-5580 HSG<br><br>**STIPULATION RE PROPOSED COLLECTIVE ACTION NOTICE PROCEDURE AND DEADLINES**<br><br>Assigned Judge:   **Hon. Haywood S. Gilliam, Jr.**<br><br>Date Action Filed:  September 12, 2018 |
| TAIRI DE BERNARDI, STEPHEN VAL KIRWIN, et al.<br>              Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>              Defendant. | Case No. 4:18-cv-04597-HSG<br><br>Date Action Filed:     July 30, 2018<br><br>Cases Related:  December 11, 2018 |

On September 12, 2018, Plaintiffs filed a civil complaint with this Court against Defendant. Plaintiffs allege that they have not been properly compensated by Defendant in violation of the Fair Labor Standards Act. On December 11, 2018, *De Bernardi v. City and County of San Francisco* Case No. 18-cv-04597-HSG was related to this collective action and both matters were assigned to the Honorable Haywood S. Gilliam Jr.

**IT IS STIPULATED BY THE PARTIES AS FOLLOWS**:

1) On February 7, 2019, the Court held a status conference and ordered the parties to meet and confer and file a stipulation about a proposed collective action notice procedure in this action. Pursuant to defense counsel's request, the Court set the deadline to file this stipulation for February 28, 2019.

2) The parties have started this meet and confer process, but have not had an opportunity to finalize the proposed stipulation and notice. Due to other pending matters, defense counsel seeks a one-week extension to complete this process and file a proposed stipulation and notice. Plaintiffs' counsel has agreed to this one-week extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1        3)  Based on the above, the parties ask this Court to extend the filing deadline for the proposed

2    stipulation and notice from February 28, 2019 to March 7, 2019.

3

4    Dated:  February 28, 2019                  DENNIS J. HERRERA
                                           City Attorney

5                                           KATHARINE HOBIN PORTER
                                       Chief Labor Attorney

6                                           BORIS REZNIKOV
                                       JONATHAN C. ROLNICK

7                                           Deputy City Attorneys

8                                   By: */s/ Boris Reznikov*

9                                           BORIS REZNIKOV
                                       Attorneys for Defendant

10                                          CITY AND COUNTY OF SAN FRANCISCO

11

12   Dated:  February 28, 2019                  MASTAGNI HOLSTEDT, APC

13

14                                  By: */s/ Ian B. Sangster*
                                       DAVID E. MASTAGNI, ESQ.

15                                          ISAAC S. STEVENS, ESQ.
                                       IAN B. SANGSTER, ESQ.

16                                          Attorneys for Plaintiffs

17                                          ABDULLAH WAZWAZ, JASON MOORE, KENNETH

18                                          YEUNG, and, BRIAN KAM, on behalf of themselves
                                       and all similarly situated individuals

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

It is hereby ordered that, pursuant to the parties' stipulation, the deadline to file the proposed stipulation regarding the collective action notice procedure is extended from February 28, 2019 to March 7, 2019.

IT IS SO ORDERED.

Dated: ___3/1/2019___

_Haywood S. Gill, Jr._

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge