DAVID E. MASTAGNI (SBN 204244)
davidm@mastagni.com
ISAAC S. STEVENS (SBN 251245)
istevens@mastagni.com
IAN B. SANGSTER (SBN 287963)
isangster@mastagni.com
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 I Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs
ABDULLAH WAZWAZ, et al.

DENNIS J. HERRERA (SBN 139669)
City Attorney
KATHERINE HOBIN PORTER (SBN 173180)
Chief Labor Attorney
JONATHAN C. ROLNICK (SBN 151814)
BORIS REZNIKOV (SBN 261776)
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor Five
San Francisco, California 94102-5408
Telephone: (415) 554-4296
Facsimile: (415) 554-4248
Email: boris.reznikov@sfcityatty.org

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH WAZWAZ, JASON MOORE, KENNETH YEUNG, and BRIAN KAM, on behalf of themselves and all similarly situated individuals,<br><br>     Plaintiffs,<br><br> vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>     Defendant. | Case No. 4:18-cv-05580-HSG<br><br>Complaint Filed: September 12, 2018<br><br>**JOINT STIPULATION AND ORDER RE: CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION AND APPROVAL OF NOTICE TO POTENTIAL COLLECTIVE ACTION MEMBERS** |

Plaintiffs ABDULLAH WAZWAZ, et al. (collectively "Plaintiffs") and Defendant CITY AND COUNTY OF SAN FRANCISCO ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, this putative collective action was filed on September 12, 2018, asserting Defendant violated the provisions of the Fair Labor Standards Act ("FLSA") by failing to include all statutorily required forms of compensation in the "regular rate," thereby resulting in the systematic underpayment of overtime compensation and cash out of compensatory time off ("CTO") (Dkt. No. 1);

WHEREAS, on November 9, 2018, Defendant filed an Answer denying Plaintiffs' material allegations and asserting various affirmative defenses (Dkt. No. 24);

WHEREAS, to ensure complete resolution of Plaintiffs' claims and Defendant's liability, if any, in this action, the parties seek an order conditionally certifying this action as an FLSA collective action pursuant to 29 U.S.C. §§ 201, et seq., and providing notification of the action to all individuals with potential claims similar to those asserted in this action;

NOW THEREFORE, the parties stipulate as follows:

1. This action satisfies the requirements for conditional certification as a collective action under the FLSA, consisting of current and/or former non-exempt employees of Defendant who are and/or were members of the San Francisco Sheriff's Department in the job classifications Deputy Sheriff (8302, 8304, 8504), Senior Deputy Sheriff (8306, 8506), Sheriff's Sergeant (8308, 8508), or Sheriff's Lieutenant (8310, 8510) who worked statutory overtime under the FLSA and who either (1) received "Professional Achievement/POST Premium" pay at any time since September 12, 2015; or (2) received any pay premium, differential, or other remuneration over and above their base salary, elected to receive CTO in lieu of overtime compensation, and who used CTO to take paid leave and/or cashed out CTO at any time since September 12, 2015.

2. In the interest of efficiency and preventing the duplication of resources, the parties agree to use the same third-party administrator as the *De Bernardi* action.

3. Within thirty (30) days after the Court issues an order approving this Stipulation, Defendant will produce to the third-party administrator a list (in either Word or Excel format on a thumb drive or other similar PC-computer compatible drive) of the names and last known addresses of all persons described in paragraph 1 (the "Mailing List"). Those names and addresses will be kept confidential by the third-party administrator and used solely for the purpose of the mailing of notices, and not for any other purpose.

4. As soon as practicable, but not later than fifteen (15) days after receipt of the Mailing List, the third-party administrator will mail the Court-approved FLSA Notice attached hereto as "Exhibit A" to all persons described in paragraph 1 (and identified by Defendant in the Mailing List). In the event that FLSA Notice forms are returned as undeliverable to putative class members, the third-party administrator will attempt to obtain current addresses of such putative class members and will re-mail the Court-approved FLSA Notice to any addresses so obtained.

5. As soon as practicable, but not later than thirty (30) days before the close of the opt-in period, the third-party administrator will give notice (and supplemental notices, as necessary) to Defendant of the names of putative class members for whom delivery has not been accomplished following the steps outlined in paragraph 4. Within fifteen (15) days of receipt of such names, Defendant will review its records to verify that the address-provided to the third-party administrator are accurate.

6. Sixty (60) days after the third-party administrator has mailed the Court-approved FLSA Notice the opt-in period will close.

7. Defendant reserves its right to move for decertification of this collective action, in whole or in part, at any time.

///

Dated: March 7, 2019     **MASTAGNI HOLSTEDT, APC**

By: */s/ Ian B. Sangster*
DAVID E. MASTAGNI, ESQ.
ISAAC S. STEVENS, ESQ.
IAN B. SANGSTER, ESQ.
Attorneys for Plaintiffs

Dated: March 7, 2019     DENNIS J. HERRERA
City Attorney
KATHARINE HOBIN PORTER
Chief Labor Attorney
JONATHAN C. ROLNICK
BORIS REZNIKOV
Deputy City Attorneys


By: */s/ Boris Reznikov*
BORIS REZNIKOV

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

## ATTESTATION OF E-FILED SIGNATURE

I, Ian B. Sangster, am the ECF User whose ID and password are being used to file this Joint Stipulation and Order to Re-Set Case Management Dates. In compliance with Local Rule 5-1(i)(3), I attest that Boris Reznikov has read and approved this pleading and consents to its filing in this action.

Dated: March 7, 2019          **MASTAGNI HOLSTEDT, APC**

                                        By: */s/ Ian B. Sangster*
                                        DAVID E. MASTAGNI
                                        ISAAC S. STEVENS
                                        IAN B. SANGSTER
                                        Attorneys for Plaintiffs

**ORDER**

Pursuant to the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The Court conditionally certifies this action as a collective action under the FLSA, consisting of current and/or former non-exempt employees of Defendant who are and/or were members of the San Francisco Sheriff's Department in the job classifications Deputy Sheriff (8302, 8304, 8504), Senior Deputy Sheriff (8306, 8506), Sheriff's Sergeant (8308, 8508), or Sheriff's Lieutenant (8310, 8510) who worked statutory overtime under the FLSA and who either (1) received "Professional Achievement/POST Premium" pay at any time since September 12, 2015; or (2) received any pay premium, differential, or other remuneration over and above their base salary, elected to receive CTO in lieu of overtime compensation, and who used CTO to take paid leave and/or cashed out CTO at any time since September 12, 2015.
2. The Court approves the FLSA Notice form attached hereto as Exhibit A and orders that notice be transmitted as set forth in the parties' Joint Stipulation.

IT IS SO ORDERED:

DATED: March 13, 2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE