Gregg McLean Adam, Bar No. 203436
  gregg@majlabor.com
Wendi J. Berkowitz, Bar No. 145624
  wendi@majlabor.com
Monique Alonso, Bar No. 127078
  monique@majlabor.com
**MESSING ADAM & JASMINE LLP**
235 Montgomery St., Suite 828
San Francisco, California 94104
Telephone:    415.266.1800
Facsimile:    415.266.1128

Attorneys for Plaintiffs
TAIRA DE BERNARDI, STEPHEN VAL KIRWAN, *et al.*

| | |
|---|---|
| DAVID E. MASTAGNI, Bar No. 204244<br>ISAAC S. STEVENS, Bar No. 251245<br>IAN B. SANGSTER, Bar No. 287963<br>MASTAGNI HOLSTEDT, APC<br>1912 "I" Street<br>Sacramento, California 95811<br>Telephone: (916) 446-4692<br>Facsimile: (916) 447-4614<br><br>Attorneys for Plaintiffs<br>ABDULLAH WAZWAZ, et al. | DENNIS J. HERRERA, Bar No. 139669<br>City Attorney<br>KATHARINE HOBIN PORTER, Bar No. 173180<br>Chief Labor Attorney<br>JONATHAN YANK, Bar No. 215495<br>JOSEPH M. LAKE, Bar No. 246679<br>BORIS REZNIKOV, Bar No. 261776<br>JONATHAN ROLNICK, Bar No. 151814<br>Deputy City Attorneys<br>1390 Market Street, Floor Five<br>San Francisco, California  94102-5408<br>Telephone;    (415) 554-3896<br>Facsimile:    (415) 554-3816<br>Email:    jonathan.yank@sfcityatty.org<br>    joseph.m.lake@sfcityatty.org<br>    boris.reznikov@sfcityatty.org<br>    jonathan.rolnick@sfcityatty.org<br><br>Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TAIRA DE BERNARDI, STEPHEN VAL KIRWAN, *et al*.,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendant. | Case No.  4:18-cv-04597-HSG (Coordinated with 4:18-cv-05580-HSG)<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:    June 11, 2019<br>Time:    2:00 p.m.<br>Ctrm.:    2 – 4th Floor<br><br>Hon. Haywood S. Gilliam, Jr. |

MESSING ADAM & JASMINE LLP
ATTORNEYS AT LAW

STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE    Page 1
– Case No. 4:18-cv-04597-HSG (Coord. 4:18-cv-05580-HSG)

1  Plaintiffs TAIRA DE BERNARDI, STEPHEN VAL KIRWAN, *et al.,* on behalf of themselves and all similarly situated individuals ("De Bernardi Plaintiffs"), Plaintiff ABDULLAH WAZWAZ, on behalf of himself and all similarly situated individuals ("Wazwaz Plaintiffs"), and Defendant CITY AND COUNTY OF SAN FRANCISCO ("City" or "Defendant") (collectively the "Parties"), by and through their attorneys of record, respectfully submit this Joint Request to Continue the Case Management Conference, currently set for June 11, 2019 at 2:00 p.m. The Parties request a continuance to one of the following dates: July 23, August 6, or August 13, 2019.

At our last joint case management conference, the Court set the next case management conference for June 18, 2019 with the expectation that by that time, the class opt-in period would have closed for both the *De Bernardi* case and the *Wazwaz* case and thus, the Parties would have a better understanding of both the class size and the potential damages. Later, the Court moved the case management conference to June 11. A third party administrator has been selected and engaged. Both the *De Bernardi* and the *Wazwaz* opt-in periods are still open, and the close of the opt-in periods is approximately one month later than initially anticipated – *De Bernardi* is set to close on July 2 and *Wazwaz* is set to close on June 26. The De Bernardi Plaintiffs also served a set of interrogatories geared towards answering questions relative to the calculation and payment of back-pay, entitlement to liquidated damages, and other damages issues. Answers to the interrogatories are due no later than June 6.

Since the class opt-in periods will not close until late June/early July, because damages discovery remains outstanding, and taking schedules into account, the Parties jointly request a continuance of the case management conference to July 26, August 6 or August 13, 2019.

Dated: May 30, 2019        MESSING ADAM & JASMINE LLP


By  /s/ Wendi J. Berkowitz
Gregg McLean Adam
Wendi J. Berkowitz
Monique Alonso
Attorneys for Plaintiffs TAIRA DE BERNARDI,
STEPHEN VAL KIRWAN, *et al*.

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE — Case No. 4:18-cv-04597-HSG (Coord. 4:18-cv-05580-HSG)    Page 2

Dated: May 30, 2019   MASTAGNI HOLSTEDT APC


By    /s/ David Mastagni
　　　David Mastagni
　　　Isaac P. Stevens
　　　Ian B. Sangster
　　　Attorneys for Plaintiffs,
　　　ABDULLAH WAZWAZ, et al.

Dated: May 30, 2019   OFFICE OF THE SAN FRANCISCO CITY ATTORNEY
　　　　　　　　　　　DENNIS J. HERRERA


By    /s/ Boris Reznikov
　　　DENNIS J. HERRERA, City Attorney
　　　KATHARINE HOBIN PORTER, Chief Labor Attorney
　　　JONATHAN YANK, Deputy City Attorney
　　　JOSEPH M. LAKE, Deputy City Attorneys
　　　BORIS REZNIKOV, Deputy City Attorneys
　　　Attorneys for Defendant
　　　CITY AND COUNTY OF SAN FRANCISCO

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE   Page 3
– Case No. 4:18-cv-04597-HSG (Coord. 4:18-cv-05580-HSG)

**ORDER**

Pursuant to the Parties' Joint Request, and good cause appearing, the Court orders that the case management conference in the coordinated cases of *De Bernardi v. City and County of San Francisco* and *Wazwaz v. City and County of San Francisco*, previously set for June 11, 2019, is continued to August 6, 2019 at 2:00 p.m. The Parties are ordered to file, no later than July 30, 2019, a joint case management conference statement containing a proposed, agreed-upon discovery and pre-trial schedule for the remainder of the cases.

**IT IS SO ORDERED.**

Dated: May 30, 2019

Honorable Haywood S. Gilliam, Jr.
**UNITED STATES DISTRICT JUDGE**

00071833-1

MESSING ADAM & JASMINE LLP
ATTORNEYS AT LAW

STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE – Case No. 4:18-cv-04597-HSG (Coord. 4:18-cv-05580-HSG)

Page 4