IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH WAZWAZ, JASON MOORE, KENNETH YEUNG, and BRIAN KAM, on behalf of himself and all similarly situated individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, Defendant. | Case No. 4:18-cv-05580-HSG<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING**<br><br>Date:   August 6, 2019<br>Time:  2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>           Oakland Courthouse<br>           Courtroom 2 – 4th Floor<br>           1301 Clay Street<br>           Oakland, CA  94612 |

The Court has reviewed Plaintiffs' request for their counsel to appear by telephone on August 6, 2019, at 2:00 p.m. for the Case Management Conference in the above captioned matter, and has found the request supported by good cause.  Plaintiffs' request to appear by telephone is GRANTED.  Plaintiffs' counsel is directed to contact CourtCall Remote Court Appearances at (866) 582-6878, in advance of the hearing to finalize their appearance.  Counsel shall adhere to CourtCall's procedures.

IT IS SO ORDERED:

Dated: July  31, 2019

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE