GREGG McLEAN ADAM, (SBN 203436)
gregg@majlabor.com
WENDI J. BERKOWITZ, (SBN 145624)
wendi@majlabor.com
MONIQUE ALONSO, (SBN 127078)
monique@majlabor.com
**MESSING ADAM & JASMINE LLP**
235 Montgomery St., Suite 828
San Francisco, California 94104
Telephone:    (415) 266-1800
Facsimile:    (415) 266-1128

Attorneys for Plaintiffs
TAIRA DE BERNARDI, *et al*

DAVID E. MASTAGNI, (SBN 204244)
davidm@mastagni.com
TASHAYLA D. BILLINGTON,
(SBN 307050)
tbillington@mastagni.com
**MASTAGNI HOLSTEDT, APC**
1912 I Street
Sacramento, California 95811
Telephone:    (916) 446-4692
Facsimile:    (916) 447-4614

Attorneys for Plaintiffs
ABDULLAH WAZWAZ, *et al*

DENNIS J. HERRERA (SBN 139669)
KATHERINE HOBIN PORTER (SBN 173180)
katharine.porter@sfcityatty.org
JONATHAN C. ROLNICK (SBN 151814)
jonathan.rolnick@sfcityatty.org
**OFFICE OF THE CITY ATTORNEY**
Fox Plaza
1390 Market Street, Floor Five
San Francisco, California 94102-5408
Telephone;    (415) 554-3815
Facsimile:    (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| TAIRA DE BERNARDI, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>          Defendant.<br><br>ABDULLAH WAZWAZ, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>          Defendant. | Case No. 4:18-cv-04597-HSG<br><br>[*Consolidated for Pre-Trial Purposes with Case No.: 4:18-cv-05580-HSG*]<br><br>**STIPULATION AND ORDER ADVANCING JULY 1, 2021 HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT**<br><br>Hon. Haywood S. Gilliam, Jr. |

1. On March 18, 2021, Plaintiffs in these actions consolidated for all pre-trial purposes, TARA DE BERNARDI, et al., and ABDULLAH WAZWAZ., et al. ("Plaintiffs") and Defendant CITY AND COUNTY OF SAN FRANCISCO ("Defendant"), noticed a joint (unopposed) motion for preliminary approval of the arms-length settlements negotiated in their FLSA collective actions ("Motion").

2. The parties were advised of and noticed the hearing on the Motion for the earliest available date on the court's calendar, July 1, 2021.

3. The parties do not anticipate any further briefing on the Motion and do not expect there to be any opposition to it.  Since the settlement agreement memorializing the parties' negotiated agreement anticipates several more steps after preliminary approval of the settlement (including a notice period and return of releases), which will require several more months to complete, in the interest of efficiency the parties would like to advance the hearing date on the Motion if the Court's schedule permits.

4. Accordingly, the parties jointly request that the Court vacate the July 1, 2021 hearing date and set the matter for an earlier date.  For the reasons set forth above, the parties would like to continue the forward progress of the settlement without further delay.

IT IS SO STIPULATED.

Dated:  March 23, 2021      **MESSING ADAM & JASMINE LLP**

By:  */s/ Gregg McLean Adam*
GREGG McLEAN ADAM
WENDI J. BERKOWITZ
MONIQUE ALONSO
Attorneys for Plaintiffs
TAIRA DE BERNARDI and STEPHEN VAL KIRWAN, *et al*.

Dated:  March 23, 2021                      **MASTAGNI HOLSTEDT, APC**

                                            By:  */s/ David E. Mastagni*
                                                 DAVID E. MASTAGNI
                                                 TASHAYLE D. BILLINGTON
                                                 Attorneys for Plaintiffs
                                                 ABDULLAH WAZWAZ, JASON MOORE,
                                                 KENNETH YEUNG and BRIAN KAM, on behalf of
                                                 themselves and all similarly situated individuals

Dated:  March 23, 2021                      **OFFICE OF THE CITY ATTORNEY**

                                            By:  */s/ Jonathan C. Rolnick*
                                                 DENNIS J. HERRERA, City Attorney
                                                 KATHARINE HOBIN PORTER, Chief Labor Attorney
                                                 JONATHAN C. ROLNICK, Deputy City Attorneys
                                                 Attorneys for Defendant
                                                 CITY AND COUNTY OF SAN FRANCISCO

### ATTESTATION PURSUANT TO LOCAL RULE 5-1

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  March 23, 2021                      **MESSING ADAM & JASMINE LLP**

                                            By:  */s/ Gregg McLean Adam*
                                                 GREGG McLEAN ADAM

### ORDER

Pursuant to the foregoing stipulation of the parties, and good cause appearing, the July 1, 2021 hearing on the Joint Motion for Preliminary Approval of Collective Action Settlement is VACATED and RESET for May 20, 2021 at 2:00 p.m.

IT IS SO ORDERED.

DATED:  3/24/2021

                                            _____
                                            HAYWOOD S. GILLIAM, JR., DISTRICT JUDGE